UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
_____ x
                                        :
JUSTIN OUIMET,                          :
                                        :
                Plaintiff,              :   Case No.: 0:20-cv-62026-RAR
                                        :
       vs.                              :
                                        :
                                        :   NOTICE OF STRIKING DOCKET
                                        :   ENTRY 4
EQUIFAX INFORMATION SERVICES,           :
LLC and ACCOUNT RESOLUTION              :
SERVICES, LLC,                          :
                                        :
                Defendants.             :
                                        :
                                        :
_____ x
```

      Pursuant to the Clerk's Notice, Docket Entry 5, notice is hereby given of striking Docket Entry 4. The Summons Returned Executed will be refiled with a separate Notice of Filing.

DATED: November 3, 2020         **COHEN & MIZRAHI LLP**
                                        YOSEF STEINMETZ
                                        Florida Bar No. 119968

                                        */s/ Yosef Steinmetz*
                                        YOSEF STEINMETZ

                                        300 Cadman Plaza West, 12th Floor
                                        Brooklyn, NY 11201
                                        Telephone: 929/575-4175
                                        929/575-4195 (fax)
                                        yosef@cml.legal

                                        *Attorneys for Plaintiff*