| Attorney or Party without Attorney: <br> Yosef Steinmetz, Esq. <br> Cohen & Mizrahi, LLP <br> 300 Cadman Plaza West <br> 12th Floor <br> Brooklyn, NY 11201 <br> Telephone No: 929-575-4175    FAX No: 929-575-4195 <br><br> Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No. | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of Florida | | | | |
| Plaintiff: Justin Ouimet | | | | |
| Defendant: Equifax Information Services, LLC, et al. | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 20CV62026RAR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint for Violations of the Fair Credit Reporting Act and the Fair Debt Collection Practices Act; Civil Cover Sheet.

3. a  Party served:           Equifax Information Services, LLC
   b  Person served:          Sheena Kruse, Service of Process Intake Clerk

4. Address where the party was served:   Corporation Service Company
                                         1201 Hays Street
                                         Tallahassee, FL 32301

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Oct. 12, 2020 (2) at: 11:50AM

7. **Person Who Served Papers:**                    *Fee for Service*
   a. Christopher Kady
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of FLORIDA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
Summons & Complaint                         (Christopher Kady)            voste.211634