UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---------------------------------------------------------------x
JUSTIN OUIMET,

                Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC and ACCOUNT RESOLUTION SERVICES, LLC,

                Defendants.
---------------------------------------------------------------x

Case No.: 0:20-cv-62026-RAR

**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC,**

Plaintiff Justin Ouimet ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Equifax Information Services, LLC (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action as to Defendant Equifax Information Services, LLC, and adjourn all deadlines and conferences.

DATED:  November 6, 2020

**COHEN & MIZRAHI LLP**
YOSEF STEINMETZ
Florida Bar No. 119968

                */s/ Yosef Steinmetz*
                YOSEF STEINMETZ

- 2 -

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone:  929/575-4175
929/575-4195 (fax)
yosef@cml.legal

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I certify that on November 4, 2020, a true copy of the foregoing document was served upon all counsel of record via ECF.

Dated: November 4, 2020

Respectfully Submitted,

**COHEN & MIZRAHI LLP**

By:   /s/ *Yosef Steinmetz*
YOSEF STEINMETZ
Florida Bar No. 119968
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Telephone: 929/575-4175
929/575-4195 (fax)
yosef@cml.legal

*Attorneys for Plaintiff*