**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-62026-RAR**

**JUSTIN OUIMET,**

      Plaintiff,

v.

**ACCOUNT RESOLUTION SERVICES, LLC**, *et al.*,

      Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the parties' Joint Notice and Certificate of Compliance ("Joint Notice") [ECF No. 21]. As represented in the Joint Notice and indicated by counsel during the status conference held on November 30, 2020 [ECF No. 22], the parties have reached an agreement in principle and are finalizing settlement documents. Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** from the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 30th day of November, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**