**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-62026-RAR**

**JUSTIN OUIMET,**

    Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES, LLC** and
**ACCOUNT RESOLUTION SERVICES, LLC**,

    Defendants.
_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Defendant Equifax Information Services, LLC [ECF No. 24]. The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* as to Defendant Equifax Information Services, LLC.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of January, 2021.

                                              _____
                                              **RODOLFO A. RUIZ II**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record